*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
HOLIFIELD, STEWART, and HACKEL
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Camden K. MANEY**
Cryptologic Technician Interpretive Seaman (E-3), U.S. Navy
*Appellant*

**No. 202100260**

_____

Decided: 21 March 2022

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judges:
Derek D. Butler (trial)
Kimberly J. Kelly (Entry of Judgment)

Sentence adjudged 21 May 2021 by a special court-martial convened at
Naval Station Mayport, Florida, consisting of a military judge sitting
alone. Sentence in the Entry of Judgment: reduction to E-1, confine-
ment for 6 months,[1] and a bad-conduct discharge.

For Appellant:
*Lieutenant Commander Matthew A. Kozyra, JAGC, USN*

---

[1] The convening authority suspended confinement in excess of 4 months pursuant
to a pretrial agreement. Appellant was credited with 115 days of pretrial confinement
credit.

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court

---

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.